**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000704**
**27-MAY-2021**
**11:20 AM**
**Dkt. 140 ODMR**

NO. CAAP-18-0000704

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DL, Plaintiff-Appellant,
v.
CL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-1014)

### ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the Motion for Clarification and Reconsideration filed by Plaintiff-Appellant **DL** on May 6, 2021,[1] the papers in support, and the record, it appears that:

1. DL moves for reconsideration of our Memorandum Opinion filed on April 26, 2021; and

2. The motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Clarification and Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, May 27, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] On May 14, 2021, we entered an order suspending the time requirement of Hawaiʻi Rules of Appellate Procedure Rule 40(d) and extending the time for disposition of DL's motion until June 1, 2021.